# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| ARTUSO PASTRY FOODS CORP., individually and on behalf of all others similarly situated,<br><br>  Plaintiff,<br><br>  v.<br><br>PACKAGING CORPORATION OF AMERICA, INTERNATIONAL PAPER COMPANY, SMURFIT WESTROCK PLC, SMURFIT KAPPA NORTH AMERICA LLC, WESTROCK CP, LLC, GEORGIA-PACIFIC LLC, CASCADES INC., CASCADES USA INC., CASCADES HOLDING US, INC., PRATT INDUSTRIES, INC., GRAPHIC PACKAGING INTERNATIONAL, LLC, AND GREIF INC.,<br><br>  Defendants, | Case No.: 1:25-cv-08856<br><br>Honorable Mary M. Rowland |

### CONSENT MOTION TO EXTEND TIME AND SET A BRIEFING SCHEDULE FOR SERVED DEFENDANTS TO ANSWER OR OTHERWISE RESPOND TO THE COMPLAINT

Plaintiff Artuso Pastry Foods Corp., and Defendants Packaging Corporation of America, International Paper Company, Smurfit Kappa North America LLC, Westrock CP, LLC, Georgia-Pacific LLC, Cascades Inc., Cascades USA Inc., Cascades Holding US, Inc., Pratt Industries, Inc., and Graphic Packaging International, LLC, and Greif Inc. ("Served Defendants," together with Plaintiff, the "Parties"), without waiving any rights, claims, or defenses, including but not limited to any jurisdictional defenses they have in this action, hereby stipulate and agree to extend the time for Served Defendants to respond to the Complaint for the reasons that follow:

1. On July 29, 2025, Plaintiff filed an antitrust class action complaint in the above-captioned matter in this court.

2. Served Defendants' current deadlines to answer or respond to the Complaint vary based on differing dates and status of service and are currently due, at the earliest, beginning on August 21, 2025.

3. The Parties have met and conferred and agreed to extend the amount of time for Served Defendants to respond to the complaint and agreed to a schedule for the Parties to brief any motions to dismiss the Complaint.

4. Accordingly, the Parties, each consenting to the following briefing schedule, move as follows:

   a. Served Defendants shall answer or otherwise respond to the Complaint on or before October 20, 2025.

   b. Plaintiff's responses in opposition to any motions to dismiss shall be due on or before December 19, 2025.

   c. Reply briefs in support of Served Defendants' motions to dismiss shall be due on or before January 20, 2025.

5. The Parties agree that the above extension will not cause prejudice or undue delay to any party.

6. Any other defendant that is properly served within thirty (30) days after entry of an Order of the Court granting this motion will answer, move to dismiss, or otherwise respond to the Complaint pursuant to the schedule set forth above.

Dated: August 20, 2025                                          Respectfully submitted,

By: /s/ Nicole A. Veno                                          By: /s/ Daniel E. Laytin, P.C.
Vincent Briganti (pro hac vice)                                 Daniel E. Laytin, P.C.
Margaret MacLean (pro hac vice)                                 **KIRKLAND AND ELLIS LLP**
Raymond Girnys (pro hac vice)                                   333 West Wolf Point Plaza
Nicole A. Veno (pro hac vice)                                   Chicago, Illinois 60654
Katherine Boyd (pro hac vice)                                   Telephone: (312) 862-2000
Xin Huang (pro hac vice)                                        Facsimile: (312) 862-2200
**LOWEY DANNENBERG, P.C.**                                      dlaytin@kirkland.com
44 South Broadway, Suite 1100
White Plains, NY 10601                                          Catie Ventura
Phone: (914) 997-0500                                           **KIRKLAND AND ELLIS LLP**
Fax: (914) 997-0035                                             1301 Pennsylvania Ave. NW
vbriganti@lowey.com                                             Washington, D.C. 20004
mmaclean@lowey.com                                              Telephone: (202) 389-5000
rgirnys@lowey.com                                               catie.ventura@kirkland.com
nveno@lowey.com
kboyd@lowey.com                                                 *Counsel for Defendant Packaging*
xhuang@lowey.com                                                *Corporation of America*

Christopher M. Burke (pro hac vice)
Kate Lv (pro hac vice)
Amelia F. Burroughs (pro hac vice)
**BURKE LLP**
402 West Broadway
Suite 1890
San Diego, CA 92101
Phone: 619-369-8244
Email: cburke@burke.law
klv@burke.law
aburroughs@burke.law

Gary D. McCallister
 ARDC No. 6219649
**MCCALLISTER LAW GROUP, LLC**
777 North Michigan Avenue #3502
Chicago, Illinois 60611
Phone: 312-345-0611
Fax:  312-345-0612
gdm@mccallisterlawgroup.com

Eric I. Unrein ARDC No. 6239373
**CAVANAUGH, BIGGS & LEMON, PA**
3200 SW Huntoon Street

Topeka, Kansas 66604
Phone: 785-440-4000
Fax: 785-440-3900
eunrein@cavlem.com

*Counsel for Plaintiff Artuso Pastry Foods Corp.*

4