### UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)
### Eastern Division

Artuso Pastry Foods Corp

                    Plaintiff,

v.                                           Case No.: 1:25−cv−08856

                                           Honorable Mary M. Rowland

Packaging Corp Of America, et al.

                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, August 21, 2025:

      MINUTE entry before the Honorable Mary M. Rowland: The Court grants Defendant's unopposed motion for extension of time [74]. All served Defendants shall answer or otherwise respond to the Complaint by October 20, 2025. Plaintiff's response to a motion to dismiss due by December 19, 2025. All served Defendants' reply briefs to a motion to dismiss due by January 20, 2026. Mailed notice. (lxk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.