IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ARTUSO PASTRY FOODS CORP., individually and on behalf of all others similarly situated,<br><br>          Plaintiff,<br><br>v.<br><br>PACKAGING CORPORATION OF AMERICA, INTERNATIONAL PAPER COMPANY, SMURFIT WESTROCK PLC, SMURFIT KAPPA NORTH AMERICA LLC, WESTROCK CP, LLC, GEORGIA-PACIFIC LLC, CASCADES INC., CASCADES USA INC., CASCADES HOLDING US, INC., PRATT INDUSTRIES, INC., GRAPHIC PACKAGING INTERNATIONAL, LLC, AND FREIF INC.,<br><br>          Defendants. | Case No.: 1:25-cv-08856<br><br>Honorable Mary M. Rowland |

**NOTIFICATION OF AFFILIATES AND RULE 7.1 DISCLOSURE STATEMENT FOR DEFENDANTS SMURFIT KAPPA NORTH AMERICA LLC AND WESTROCK CP, LLC**

      Defendants Smurfit Kappa North America LLC and WestRock CP, LLC (collectively, "Defendants"), by and through their undersigned counsel, hereby submit their Local Civil Rule 3.2 Notifications as to Affiliates and Federal Rule of Civil Procedure 7.1 Corporate Disclosure Statements. Defendants respectfully state as follows:

      1.     Smurfit Kappa North America LLC is a Delaware limited liability company. The sole member of Smurfit Kappa North America LLC is Smurfit Kappa Holdings US Inc., a Delaware corporation. Smurfit Kappa North America LLC and Smurfit Kappa Holdings US Inc. have an ultimate parent, Smurfit Westrock plc, which is an Irish public limited company that is

publicly traded on the New York Stock Exchange under the ticker symbol SW (NYSE: SW). Smurfit Westrock plc also has a secondary, standard listing on the London Stock Exchange under the ticker symbol SWR (LSE: SWR). No publicly traded company owns 10% or more of the stock of Smurfit Westrock plc, and there is no parent corporation that owns 10% or more of Smurfit Westrock plc's stock.

2. WestRock CP, LLC is a Delaware limited liability company. The sole member of WestRock CP, LLC is WestRock RKT, LLC, which is a Georgia limited liability company. WestRock CP, LLC and WestRock RKT, LLC have an ultimate parent, Smurfit Westrock plc, which is an Irish public limited company that is publicly traded on the New York Stock Exchange under the ticker symbol SW (NYSE: SW). Smurfit Westrock plc also has a secondary, standard listing on the London Stock Exchange under the ticker symbol SWR (LSE: SWR). No publicly traded company owns 10% or more of the stock of Smurfit Westrock plc, and there is no parent corporation that owns 10% or more of Smurfit Westrock plc's stock.

3. Based on available information, Smurfit Westrock plc has the following "affiliates" under Local Rule 3.2: Capital Research Global Investors; the Vanguard Group; and BlackRock, Inc.

- Based on available information, Capital Research Global Investors has one "affiliate" under Local Rule 3.2: Capital Research and Management Company.
- Based on available information, BlackRock, Inc. has two "affiliates" under Local Rule 3.2: the Vanguard Group and BlackRock, Inc.

Respectfully submitted this 28th day of August, 2025.

                                                            /s/ Zachary Fardon
                                                            Zachary Fardon
                                                            KING & SPALDING LLP
                                                            110 N. Wacker Dr., Ste. 3800

Chicago, IL 60606
T: (312) 995-6333
zfardon@kslaw.com

Jeffrey S. Cashdan
KING & SPALDING LLP
1180 Peachtree St. NE, Ste. 1600
Atlanta, GA 30309
T: (404) 572-4600
jcashdan@kslaw.com

*Attorneys for Defendants Smurfit Kappa North America LLC and WestRock CP, LLC*

**CERTIFICATE OF SERVICE**

I hereby certify that on August 28, 2025, I submitted the foregoing document with the Clerk of Court for the U.S. District Court, Northern District of Illinois, Eastern Division, using the CM/ECF system. Notice of this filing will be sent to all counsel of record via the Court's CM/ECF automated filing system.

/s/ Zachary Fardon
Zachary Fardon

*Attorney for Defendants Smurfit Kappa North America LLC and WestRock CP, LLC*