# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF NextGen 1.8 (rev. 1.8.3)
### Eastern Division

Artuso Pastry Foods Corp

                       Plaintiff,

v.                                                   Case No.: 1:25−cv−08856

                                                                Honorable Mary M. Rowland

Packaging Corp Of America, et al.

                       Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, September 25, 2025:

      MINUTE entry before the Honorable Mary M. Rowland: The Court has reviewed Plaintiff's notice of voluntary dismissal [111]. The Court dismisses Defendant Graphic Packaging International, LLC pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i) without prejudice. Each side to bear its own attorney fees and costs. Defendant Graphic Packaging International, LLC terminated as defendant of record. Plaintiff continues to pursue claims against the other defendants in this action. Mailed notice. (jg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.