**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.4)**
**Eastern Division**

Artuso Pastry Foods Corp

               Plaintiff,

v.

Packaging Corp Of America, et al.

               Defendant.

Case No.: 1:25−cv−08856
Honorable Mary M. Rowland

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, October 20, 2025:

      MINUTE entry before the Honorable Mary M. Rowland: The Court has reviewed Plaintiff's voluntary notice of dismissal [113]. Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), the case is dismissed without prejudice as to Smurfit Westrock PLC. Each side to bear its own attorneys' fees and costs. Smurfit Westrock PLC terminated as defendant of record. Plaintiff is continuing to pursue claims against the other Defendants in this action. Mailed notice. (jg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.