IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ARTUSO PASTRY FOODS CORP., individually and on behalf of all others similarly situated,<br><br>     Plaintiff,<br>v.<br><br>PACKAGING CORPORATION OF AMERICA, INTERNATIONAL PAPER COMPANY, SMURFIT KAPPA NORTH AMERICA LLC, WESTROCK CP, LLC, GEORGIA PACIFIC LLC, CASCADES INC., CASCADES USA INC., CASCADES HOLDING US, INC., PRATT INDUSTRIES, INC., and GREIF INC.,<br><br>     Defendants. | Case No. 1:25-cv-08856<br><br>Honorable Mary M. Rowland<br><br>Magistrate Judge Keri L. Holleb Hotaling |

**DEFENDANT PRATT INDUSTRIES, INC.'S**
**INDIVIDUAL MOTION TO DISMISS THE COMPLAINT**

  Defendant Pratt Industries, Inc. ("Pratt"), by and through undersigned counsel, respectfully moves this Court, pursuant to Federal Rule of Civil Procedure 12(b)(6), to dismiss the claims in the Complaint (ECF No. 1) against Pratt.  This Motion is supported by the accompanying Memorandum of Law in Support of Pratt's Individual Motion to Dismiss.  This Motion is also supported by the Memorandum of Law in Support of Defendants' Joint Motion to Dismiss the Complaint for Failure to State a Claim, which is being filed separately.

Dated: October 20, 2025						Respectfully submitted,


        **PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**

By:   /s/ *William B. Michael*
       William B. Michael

William B. Michael (*pro hac vice*)
Geoffrey R. Chepiga (*pro hac vice*)
Brette Tannenbaum (*pro hac vice*)
Justin D. Lerer (*pro hac vice*)
1285 Avenue of the Americas
New York, NY 10019-6064
Phone: (212) 373-3000
Fax: (212) 757-3990
wmichael@paulweiss.com
gchepiga@paulweiss.com
btannenbaum@paulweiss.com
jlerer@paulweiss.com

*Counsel for Defendant Pratt Industries, Inc.*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing Corporate Disclosure Statement was filed on October 20, 2025 with the Clerk of the Court using the CM/ECF system, which will effect electronic service on all parties and attorneys registered to receive notifications via the CM/ECF system.

By: /s/ *William B. Michael*
William B. Michael

*Counsel for Defendant Pratt Industries, Inc.*